Minute Order Form (rev. 4/99)

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**

| Name of Assigned Judge or Magistrate Judge | JUDGE DOW | Sitting Judge if Other Than Assigned Judge | Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 07 GJ 0475 | DATE | JANUARY 30, 2008 |
| CASE TITLE | US v. WILLIAM SARGENT, JR. | | 08CR 0076 |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

---

**GRAND JURY PROCEEDING**

**SPECIAL MARCH 2007** Session, a quorum being present,

The Grand Jury for the _____ returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Morton Denlow_

JUDGE DOW
MAGISTRATE JUDGE SCHENKIER

Docket Entry:

**NO BOND SET. DEFENDANT WILL SELF-SURRENDER WITH COUNSEL. BOND TO BE DETERMINED AT TIME OF ARRAIGNMENT.**

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                          UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | Number of notices | DOCKET # |
| No notices required. | | Date docketed | |
| Notices mailed by judge's staff. | | Docketing dpty. initials | |
| Notified counsel by telephone. | | | |
| Docketing to mail notices | | Date mailed notice | |
| Mail AO 450 form. | | Mailing dpty. initials | |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |

FILED
JAN 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT