# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 76 | **DATE** | 3/12/2008 |
| **CASE TITLE** | USA vs. SARGENT | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant's oral motion for extension of time within which to file any pretrial motions is granted and time extended to 4/12/08; Government responses due by 4/16/08 and defendant's replies by 4/23/08. Status hearing continued to 4/8/08 at 9:30a.m. **In the interest of justice, Time to be excluded under 18 USC Section 3161(h)(8)(B)(I) and U.S. v. Tibboel, 753 F.2nd 608 (7th Cir. 1985)** from 3/12/08 to and including 4/8/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|