UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO. 08 CR 76 |
| Plaintiff, | ) Robert M. Dow Jr., |
| | ) Judge Presiding |
| vs. | ) |
| | ) |
| WILLIAM SARGENT, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF FILING

To: Sharon Fairly
Assistant United States Attorney
219 South Dearborn
5th floor
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on the 2nd day of April 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Defendant's **Motion for Extension of Time to File Pre-trial Motions.**

/s/ LEONARD C. GOODMAN

Leonard C. Goodman
Law Office of Leonard C. Goodman
53 West Jackson
Suite 1220
Chicago, Illinois 60604
(312) 986-1984

### CERTIFICATE OF SERVICE

I, LEONARD C. GOODMAN, certify that in accordance with FED. R. CRIM. P. 49, LR5.5, and the General Order on Electronic Case Filing (ECF), the defendant's **Motion** was served pursuant to the district court's ECF system as to ECF filers, on April 2, 2008, and if any, were sent by first-class mail or by hand deliver to non-ECF filers.

/s/ LEONARD C. GOODMAN