**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08−cr−00076
　　　　　　　　　　　　　　　　　　Honorable Robert M. Dow Jr.

William Sargent Jr.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr: Motion for extension of time [10]to file pretrial motions is granted as to William Sargent Jr. (1) Status hearing held on 4/8/2008. Status hearing set for 5/8/2008 at 09:30 AM. Oral motion of government to exclude time is granted. In the interest of justice, Time to be excluded under 18 USC Section 3161(h)(8)(B)(i) and U.S. v. Tibboel, 753 F.2nd 608 (7th Cir. 1985) from 4/8/08 to and including 5/8/08 and pursuant to Title 18 U.S.C. Section 3161(h)(1)(F). (X−E) Mailed notice (tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.